McGOWN et al. v. BROOKS.

(Circuit Court of Appeals, Fifth Circuit. April 20, 1916.)

No. 2753.

Petition for Temporary Restraining Order and Injunction to the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge.

Suit by Floyd McGown, receiver of the San Antonio Land & Irrigation Company, against S. J. Brooks, receiver. On petition for temporary restraining order and injunction. Denied.

William Aubrey and Thomas H. Franklin, both of San Antonio, Tex., for petitioners.

Jas. D. Walthall, of San Antonio, Tex., for respondent.

Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This case was cumulated and heard with No. 2761, 232 Fed. 641, —— C. C. A. ——, just decided. The petition is denied, with costs.

———————————

ACZEL et al. v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. February 3, 1916.)

No. 2269.

1. CONSPIRACY ⬅️28—PREVENTING VOTING AT CONGRESSIONAL ELECTION—SCOPE OF CIVIL RIGHTS—STATUTE.

The right of a qualified elector to vote at an election for Members of Congress or United States Senators is a right secured to him by the Constitution and laws of the United States, and a conspiracy to deprive an elector of such right constitutes an offense, under Criminal Code (Act March 4, 1909, c. 321) § 19, 35 Stat. 1092 (Comp. St. 1913, § 10183).

[Ed. Note.—For other cases, see Conspiracy, Cent. Dig. §§ 40, 41; Dec. Dig. ⬅️28.]

2. CONSPIRACY ⬅️43(6)—CONSPIRACY TO INJURE PERSONS IN EXERCISE OF CIVIL RIGHTS—INDICTMENT.

A count of an indictment which aptly charges a conspiracy by defendants to injure and oppress electors named in the free exercise of their right to vote at an election for United States Senator and Representative in Congress is not bad because it also charges that a further object of the conspiracy was to injure and oppress certain of the citizens in the exercise of their right to act as election officers and to be free from arrest without due process of law, whether or not the latter charges alone state an offense under Criminal Code, § 19.

[Ed. Note.—For other cases, see Conspiracy, Cent. Dig. § 86; Dec. Dig. ⬅️43(6).]

3. CONSPIRACY ⬅️43(6)—CONSPIRACY TO INJURE PERSONS IN THE EXERCISE OF CIVIL RIGHTS—INDICTMENT.

An indictment under Criminal Code, § 19, charging defendants with conspiracy to injure, oppress, and intimidate persons named and other persons unknown, alleged to be "qualified voters and entitled to vote at said election," in the exercise of their right to vote at an election for Senator and Representative in Congress, is not insufficient because it does

⬅️For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes